

# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Blvd., South, Suite 5000
Las Vegas, Nevada 891010
(702) 388-6336

DANIEL G. BOGDEN
United States Attorney
AMBER M. CRAIG
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-6698

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ASHARON BRAVO,<br>TOMAS MARTINEZ BRAVO,<br>JORGE EDUARDO SANCHEZ GARCIA,<br>a.k.a. Brandon Isai Gutierrez Manjarrez,<br>a.k.a. "Guero,"<br>LILIA GUZMAN,<br>UNIDENTIFIED MALE #1,<br>a.k.a. "Cono,"<br>UNIDENTIFIED MALE #2,<br>a.k.a. "Hector," and<br>DAVID RIVERA SIFUENTES,<br>a.k.a. "Guero,"<br>a.k.a. "Guerillo,"<br><br>　　　　Defendants. | No.   2:14-mj-0139-NJK<br><br>**GOVERNMENT'S *EX PARTE*<br>APPLICATION REQUESTING<br>SEALING OF CRIMINAL<br>COMPLAINT** |

　　　　COMES NOW the United States of America, by and through Daniel G. Bogden, United States Attorney, and Amber Craig, Assistant United States Attorney, and respectfully moves this Honorable Court for an Order sealing the Criminal Complaint, together with this Application and the Court's Order, in the above-captioned matter until such time as this Honorable Court, or another Court of competent jurisdiction, shall order otherwise.

　　　　The Government submits that it is necessary for said documents to be sealed in light of the fact that they make reference to information regarding an on-going investigation. The Government

submits that disclosure of the information might jeopardize the investigation. The Government submits that its right to secrecy far outweighs the public's right to know.

DATED this 20th day of February, 2014.

Respectfully submitted,
DANIEL G. BOGDEN
United States Attorney

AMBER M. CRAIG
Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ASHARON BRAVO,<br>TOMAS MARTINEZ BRAVO,<br>JORGE EDUARDO SANCHEZ GARCIA,<br>a.k.a. Brandon Isai Gutierrez Manjarrez,<br>a.k.a. "Guero,"<br>LILIA GUZMAN,<br>UNIDENTIFIED MALE #1,<br>a.k.a. "Cono,"<br>UNIDENTIFIED MALE #2,<br>a.k.a. "Hector," and<br>DAVID RIVERA SIFUENTES,<br>a.k.a. "Guero,"<br>a.k.a. "Guerillo,"<br><br>Defendants. | No.   2:14-mj-0139-NJK<br><br>**ORDER** |

Based on the pending *Ex Parte* Application of the Government, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Criminal Complaint, together with the Government's Application and this Court's Order, in the above-captioned matter shall be sealed until further Order of the Court.

DATED this ___ day of February, 2014.

_____
HONORABLE NANCY KOPPE
UNITED STATES MAGISTRATE JUDGE

3