**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:14-cr-00103-GMN-VCF |
| vs. | **ORDER** |
| HECTOR FERNANDO ZAMBRANO-REYES, | |
| Defendant. | |

Before the court is the Motion for Relief from Prejudicial Joinder of Defendants. (#179).

IT IS HEREBY ORDERED that a status hearing on the Motion for Relief from Prejudicial Joinder of Defendants (#179) is scheduled for 1:00 p.m., September 8, 2015, in courtroom 3D.

The U.S. Marshal is directed to transport defendant to and from the hearing.

DATED this 28th day of August, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE