# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMIERCA,<br><br>               Plaintiff,<br><br>vs.<br><br>HECTOR FERNANDO ZAMBRANA-REYES,<br><br>               Defendant. | Case No. 2:14–cr–103–GMN–VCF<br><br>**REPORT & RECOMMMENDATION**<br><br>MOTION TO SEVER (#179) |

Mr. Hector Fernando Zambrana-Reyes moves to sever his trial from his co-defendants' trial because, he asserts, the charges that his co-defendants face have "absolutely nothing to do with" the charges against Mr. Zambrana-Reyes. (Doc. #179 at 8:3). If Mr. Zambrana-Reyes is tried alongside his co-defendants, he contends that he will be found "guilt[y] by association." (*Id*. at 5:20).

The government obtained seven stipulations to extend the time to oppose Mr. Zambrana-Reyes' motion. An opposition was due on August 24, 2015. *See* (Doc. #228). On September 8, 2015, the court held a hearing on the motion and the government indicated that it did not intent to oppose the motion. To date, the motion stands unopposed.[1] Therefore, the court recommends granting Mr. Zambrana-Reyes' motion to sever his trial from his co-defendant's trial.

ACCORDINGLY, and for good cause shown,

---

[1] "The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." LR 7-2(d); see also Fed. R. Crim. P. 57 (permitting the court to "regulate practice in any manner consistent with . . . the local rules of the district").

IT IS RECOMMENDED that Mr. Zambrana-Reyes' Motion to Sever (#179) be GRANTED.

IT IS SO RECOMMENDED.

DATED this 15th day of September, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE